UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERRENCE MOSS, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>     Plaintiff,<br><br> v.<br><br>CLEO AI INC.,<br><br>     Defendant. | No. 2:25-cv-00879<br><br>**NOTICE OF REMOVAL BY DEFENDANT CLEO AI INC.** |

TO:   The Clerk of the Court

AND TO: Plaintiff and their attorneys of record:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1441(a), 1446, and 1453, defendant Cleo AI Inc. ("Cleo" or "Defendant"), hereby removes this action entitled *TERRENCE MOSS, individually, on behalf of all others similarly situated, and on behalf of the general public, Plaintiff, v. CLEO AI INC., Defendant*, which Plaintiff filed in Case No. 25-2-11162-8 SEA in the Superior Court of the State of Washington, County of King (the "State Court Action"), to the United States District Court for the Western District of Washington on the grounds of federal question jurisdiction.

In support of removal, Cleo states as follows:

NOTICE OF REMOVAL BY DEFENDANT CLEO AI INC. - 1
CASE NO.

122006.0304/9791384.1

BALLARD SPAHR LLP
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-1302
206.223.7000  FAX: 206.223.7107

## I. THE STATE COURT ACTION

1. On April 10, 2025, plaintiff Terrence Moss ("Plaintiff"), individually, on behalf of all others similarly situated, and on behalf of the general public, filed the State Court Action in the Superior Court of Washington for the County of King against Cleo. In the State Court Action, Plaintiff has alleged the following claims for relief: (1) Violations of the Military Lending Act, 10 U.S.C. § 987, *et seq.* (the "MLA"), and (2) Violations of the Truth in Lending Act, 15 U.S.C. § 1601, *et seq.* (the "TILA").

2. On April 11, 2025, Defendant was served with a copy of the Summons and Complaint that were filed in the State Court Action.

3. True and correct copies of the Civil Cover Sheet for the Western District of Washington and the Complaint from the State Court Action are attached to this Notice of Removal.

4. A copy of the current docket sheet, Affidavit of Service, Case Information Cover Sheet and Area Designation, Summons, and Order Setting Civil Case Schedule are attached as Exhibit "A" to the Declaration of Allyson B. Baker submitted in support of this Notice of Removal. These documents constitute all pleadings, process, and other documents that Defendant has received or Plaintiff has filed in the State Court Action.

5. Cleo is a Delaware corporation with its principal place of business in New York, New York.

6. On information and belief, Plaintiff Staff Sergeant Moss is a citizen of Washington State and resides in Pierce County.

## II. FEDERAL QUESTION JURISDICTION

1. Plaintiff's Complaint alleges two claims, each pursuant to a federal statute: one alleges violations of the MLA, and another alleges violations of TILA. *See* Compl. ¶ 1.

2. For purposes of removal pursuant to federal question jurisdiction, "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant . . . to the district court of the United States for

NOTICE OF REMOVAL BY DEFENDANT CLEO AI INC. - 2
CASE NO.

BALLARD SPAHR LLP
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-1302
206.223.7000  FAX: 206.223.7107

122006.0304/9791384.1

1 the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a). The "threshold requirement" for removal on this basis "is a finding that the complaint contains a cause of action that is within the original jurisdiction of the district court." *Hunter v. Philip Morris USA*, 582 F.3d 1039, 1042 (9th Cir. 2009) (citations omitted and cleaned up).

3. Under 28 U.S.C. § 1331, federal district courts "shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

4. Under the MLA, "[a]n action for civil liability . . . may be brought in any appropriate United States district court, without regard to the amount in controversy, or in any other court of competent jurisdiction." 10 U.S.C. § 987.

5. Under the TILA, "any action … may be brought in any United States district court, or in any other court of competent jurisdiction." 15 U.S.C. § 1640(e).

6. Accordingly, because Plaintiff's claims arise under the laws of the United States and present a federal question, this civil action is one in which this court has original jurisdiction over Plaintiff's action, and removal is thus proper. *See Carpenters S. Cal. Admin. Corp. v. Majestic Hous.*, 743 F.2d 1341, 1343 (9th Cir. 1984), *abrogated in part on other grounds as stated in Southern Cal. IBEW-NECA Trust Funds v. Standard Indus. Elec. Co.*, 247 F.3d 920, 924 & n.6 (9th Cir. 2001).

### III. REMOVAL HAS BEEN TIMELY AND PROPERLY SOUGHT

1. A defendant in a civil action has thirty (30) days from the date it is validly served with a summons and complaint to remove the action to federal court. 28 U.S.C. § 1446(b); *see Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347-48 (1999).

2. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b) and Rule 6 of the Federal Rules of Civil Procedure, in that Defendant was served with a copy of this Complaint on April 11, 2025. *See* Ex. A to Declaration of Allyson B. Baker. Thirty days from April 11, 2025 is Sunday, May 11. The next court day is Monday, May 12.

NOTICE OF REMOVAL BY DEFENDANT CLEO AI INC. - 3
CASE NO.

BALLARD SPAHR LLP
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-1302
206.223.7000 FAX: 206.223.7107

122006.0304/9791384.1

3. Venue is proper in this Court pursuant to 28 U.S.C. § 84(a) because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a). Plaintiff originally filed their Complaint in the Superior Court of Washington for the County of King, which is located within the Western District of Washington.

4. Pursuant to 28 U.S.C. § 1446(d), Defendant will give written notice of the removal of this action to all parties and is filing a copy of that Notice with the Superior Court of Washington, County of King. True and correct copies of the notice to Plaintiff and to the state court shall be filed promptly in this Court.

## IV.    RESERVATION OF RIGHTS

1. In this Notice, Cleo re-states the claims and allegations asserted in Plaintiff's Complaint solely for purposes of establishing the prerequisites for jurisdiction and removal. By filing this Notice of Removal, Cleo does not waive and, indeed, reserves any objections it may have as to lack of jurisdiction over Cleo, venue, or any other defenses or objections, including but not limited to the sufficiency of Plaintiff's pleadings, statute of limitations and other affirmative defenses, and the viability of class certification. Nothing herein shall be construed as an admission of fact, law, or liability by this Notice, and indeed Cleo expressly reserves all defenses, motions, and pleas, including as to the right to compel arbitration.

## V.    CONCLUSION

WHEREFORE, Cleo removes the above-captioned action to this Court and requests that this case proceed as an action properly removed hereto.

DATED: May 9, 2025

BALLARD SPAHR LLP

By *s/ John S. Devlin*
John S. Devlin, III, WSBA No. 23988
devlinj@ballardspahr.com

1420 Fifth Avenue, Suite 4200
PO Box 91302
Seattle, WA 98111-9402
Tel: 206-223-7000
Fax: 206-223-7107

NOTICE OF REMOVAL BY DEFENDANT CLEO AI INC. - 4
CASE NO.

BALLARD SPAHR LLP
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-1302
206.223.7000  FAX: 206.223.7107

122006.0304/9791384.1

1
2       PAUL HASTINGS LLP
3       Allyson Baker (pro hac vice forthcoming)
        allysonbaker@paulhastings.com
4       Meredith Boylan (pro hac vice forthcoming)
        meredithboylan@paulhastings.com
5       Sameer P. Sheikh (pro hac vice forthcoming)
        sameersheikh@paulhastings.com
6
        2050 M Street, NW
7       Washington, DC 20036
        Telephone: (202) 551-1700
8       Facsimile: (202) 551-1705

9       Attorneys for Cleo AI Inc.

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

NOTICE OF REMOVAL BY DEFENDANT CLEO AI INC. - 5
CASE NO.

BALLARD SPAHR LLP
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-1302
206.223.7000  FAX: 206.223.7107

122006.0304/9791384.1

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury of the laws of the United States of America that on the date below, I caused to be served a copy of the foregoing document via electronic mail and Court ECF eService, on the following person(s) at the following address(es):

Deborah M. Nelson, WSBA #23087
Jeffrey D. Boyd, WSBA#41620
NELSON BOYD, PLLC
601 Union Street, Suite 2600
Seattle, Washington 98101
nelson@nelsonboydlaw.com
boyd@nelsonboydlaw.com

Randall K. Pulliam (pro hac vice pending)
CARNEY BATES & PULLIAM, PLLC
One Allied Drive, Suite 1400
Little Rock, AR 72207
rpulliam@cbplaw.com

Joshua Jacobson (pro hac vice pending)
JACOBSON PHILLIPS, PLLC
2277 Lee Road, Ste. B
Winter Park, FL 32789
joshua@jacobsonphillips.com

*Attorneys for Plaintiff*

SIGNED May 9, 2025, at Seattle, Washington.

*s/ Alisa R. Flabel*
Alisa R. Flabel

NOTICE OF REMOVAL BY DEFENDANT CLEO AI INC. - 6
CASE NO.

BALLARD SPAHR LLP
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-1302
206.223.7000  FAX: 206.223.7107

122006.0304/9791384.1