The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| TERRANCE MOSS, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>                    Plaintiff,<br><br>    v.<br><br>CLEO AI INC.,<br><br>                    Defendant. | Case No.: 2:25-cv-00879-MLP<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY IN FURTHER SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO MOTION TO DISMISS CLAIMS AND STAY CLAIMS IN FAVOR OF ARBITRATION, OR FOR ALTERNATIVE RELIEF**<br><br>CLASS ACTION |

In further support of his Response in Opposition to Defendant's Motion to Dismiss Claims and Stay Claims in Favor of Arbitration, or For Alternative Relief (ECF No. 30), and pursuant to Local Civil Rule 7(n), Plaintiff respectfully provides notice of the Memorandum Opinion denying Motion to Dismiss in *Johnson v. Activehours, Inc. d/b/a EarnIn*, No. 1:24-cv-02283-JRR, 2025 U.S. Dist. LEXIS 152809, 2025 LX 305749 (D. Md. Aug. 8, 2025). The Opinion is attached hereto as Exhibit 1.

NOTICE OF SUPPLEMENTAL AUTHORITY
Case No. 2:25−cv−00879−MLP

NELSON BOYD, PLLC
601 Union Street, Suite 2600
Seattle, WA 98101
(206) 971-7601

The *Johnson* Opinion (at Ex. 1, pp. 16–19) addresses issues relevant to Plaintiff's arguments set forth in his Response brief, ECF No. 30, §§ V(B)(i)–(iii).

Plaintiff respectfully requests the court consider *Johnson* when deciding Defendant's Motion to Dismiss Claims and Stay Claims in Favor of Arbitration.

Dated:  August 13, 2025                          Respectfully submitted,

 */s/ Joshua R. Jacobson*
Joshua R. Jacobson (*pro hac vice*)
JACOBSON PHILLIPS, PLLC
joshua@jacobsonphillips.com
2277 Lee Road, Ste. B
Winter Park, FL 32789
Phone: (321) 447-6461

Deborah M. Nelson, WSBA #23087
nelson@nelsonboydlaw.com
Jeffrey D. Boyd, WSBA #41620
boyd@nelsonboydlaw.com
NELSON BOYD, PLLC
601 Union Street, Suite 2600
Seattle, Washington 98101
Phone: (206) 971-7601

CARNEY BATES & PULLIAM, PLLC
Randall K. Pulliam (*pro hac vice*)
rpulliam@cbplaw.com
Lee Lowther (*pro hac vice*)
llowther@cbplaw.com
Courtney Ross Brown (*pro hac vice*)
cbrown@cbplaw.com
One Allied Drive, Suite 1400
Little Rock, AR 72202
Phone: (501) 312-8500

*Attorneys for Plaintiff*

NOTICE OF SUPPLEMENTAL AUTHORITY -2-
Case No. 2:25−cv−00879−MLP

NELSON BOYD, PLLC
601 Union Street, Suite 2600
Seattle, WA 98101
(206) 971-7601