THE HONORABLE MICHELLE L. PETERSON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TERRANCE MOSS, individually, on behalf of all others similarly situated, and on behalf of the general public,

Plaintiff,

v.

CLEO AI INC.,

Defendant.

Case No.: 2:25-cv-00879-MLP

**DEFENDANT'S UNOPPOSED MOTION TO STAY PROCEEDINGS**

**NOTE ON MOTION CALENDAR:**

**SEPTEMBER 22, 2025**

DEFENDANT'S UNOPPOSED
MOTION TO STAY
CASE NO.: 2:25-cv-00879-MLP

BALLARD SPAHR LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WA 98101
206.223.7000 FAX: 206.223.7107

Defendant Cleo AI Inc. ("Cleo") hereby moves this Court to stay the proceeding pending resolution of its appeal to the United States Court of Appeals for the Ninth Circuit. Plaintiff's counsel informed Defendant's counsel via email on September 22, 2025 that Plaintiff does not oppose the relief requested herein.

On June 16, 2025, Cleo moved to dismiss class claims and stay individual claims in favor of arbitration pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. § 1 *et seq.*, or for alternative relief. ECF No. 26. On September 8, 2025, the court denied Cleo's motion. Cleo has a statutory right to file an interlocutory appeal of the denial of its motion to compel arbitration under the FAA. 9 U.S.C § 16(a)(1)(B-C). Cleo is exercising this right to seek appellate review, and has filed a Notice of Appeal in this matter. ECF No. 50.

Under the Supreme Court's decision in *Coinbase, Inc. v. Bielski*, the district court is required to automatically stay all proceedings pending an interlocutory appeal of the denial of a motion to compel arbitration. 599 U.S. 736, 747 (2023). "An interlocutory appeal, 'divests the district court of its control over those aspects of the case involved in the appeal.'" *Id*. at 740 (quoting *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982)). "If the district court could move forward with pre-trial and trial proceedings while the appeal on arbitrability was ongoing, then many of the asserted benefits of arbitration (efficiency, less expense, less intrusive discovery, and the like) would be irretrievably lost — even if the court of appeals later concluded that the case actually belonged in arbitration all along." *Id*. at 743. In addition to being required under *Coinbase*, it is "common practice" and "common sense" to stay proceedings pending an appeal of a motion to compel arbitration. *Pina v. Comcast Cable Commc'ns, LLC*, No. 2:25-cv-00170-RAJ, 2025 U.S. Dist. LEXIS 111011, at *2 (W.D. Wash. June 11, 2025) (applying *Coinbase* and staying proceedings pending an appeal of a motion to compel arbitration under the FAA); *see also Patrick v. Ramsey*, No. C23-0630JLR, 2024 U.S. Dist. LEXIS 169504S, at *2 (W.D. Wash. Sep. 19, 2024) (same).

DEFENDANT'S UNOPPOSED
MOTION TO STAY
CASE NO.: 2:25-cv-00879-MLP

1

BALLARD SPAHR LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WA 98101
206.223.7000  FAX: 206.223.7107

Cleo respectfully requests that this Court grant its request to stay the proceedings pending a ruling on Cleo's Appeal to the Ninth Circuit.

DATED: September 22, 2025

BALLARD SPAHR LLP

By: *s/Erin M. Wilson*
John S. Devlin, III, WSBA No. 23988
devlinj@ballardspahr.com
Erin M. Wilson, WSBA No. 42454
wilsonem@ballardspahr.com
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Tel: (206) 223-7000
Fax: (206) 223-7107

PAUL HASTINGS LLP

Allyson Baker (*pro hac vice*)
allysonbaker@paulhastings.com
Meredith Boylan (*pro hac vice*)
meredithboylan@paulhastings.com
Paul Hastings LLP
2050 M Street, NW
Washington, DC 20036
Telephone: (202) 551-1700
Facsimile: (202) 551-1705

Derek Wetmore (*pro hac vice*)
derekwetmore@paulhastings.com
Paul Hastings LLP
101 California Street
48th Floor
San Francisco, CA 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

*Attorneys for Defendant Cleo AI Inc.*

I certify that this memorandum contains 383 words, in compliance with the Local Civil Rules.

DEFENDANT'S UNOPPOSED
MOTION TO STAY
CASE NO.: 2:25-cv-00879-MLP

2

BALLARD SPAHR LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WA 98101
206.223.7000  FAX: 206.223.7107