UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERRANCE MOSS,<br><br>          Plaintiff,<br><br>  v.<br><br>CLEO AI INC,<br><br>          Defendant. | Case No. 25-879-MLP<br><br>ORDER |

This matter is before the Court on Defendant's Motion to Stay Proceedings. (Dkt. # 52.) Plaintiff does not oppose the Motion. The Court therefore GRANTS the Motion (dkt. # 52) and ORDERS these proceedings stayed pending resolution of Defendant's appeal to the United States Court of Appeals for the Ninth Circuit.

Dated this <u>24th</u> day of September, 2025.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 1